# EXHIBIT A



**Service of Process Transmittal**
01/07/2022
CT Log Number 540845027

| | |
|---|---|
| **TO:** | Florence Yee<br>The Prudential Insurance Company of America<br>751 BROAD ST<br>NEWARK, NJ 07102-3714 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Prudential Insurance Agency, LLC  (Domestic State: NJ) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | THE ESTATE OF LAURA WICKLIFFE vs. TARGET CORPORATION |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Motion, Order, Judgment, Attachment(s) |
| **COURT/AGENCY:** | 19th District Court, Parish of East Baton Rouge, LA<br>Case # C71444 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/07/2022 at 08:40 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Gavin M. Richard<br>The Law office of Gavin M. Richard, LLC<br>1100 Poydras Street., Ste. 2900<br>New Orleans, LA 70163<br>225-706-8449 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/07/2022, Expected Purge Date: 01/12/2022<br><br>Image SOP<br><br>Email Notification,  Legal Process Unit  legal.process.unit@prudential.com<br><br>Email Notification,  Susan Arizzo  susan.arizzo@prudential.com<br><br>Email Notification,  Rosalia Bernal  rosalia.bernal@prudential.com<br><br>Email Notification,  Darbi Luzzi  darbi.luzzi@prudential.com<br><br>Email Notification,  Veronica O'Neal  veronica.oneal@prudential.com<br><br>Email Notification,  Lissette Diaz  lissette.diaz@prudential.com<br><br>Email Notification,  Pamela Sidoti  pamela.sidoti@prudential.com<br><br>Email Notification,  Cheryl Moore  cheryl.moore@prudential.com |



# Service of Process Transmittal
01/07/2022
CT Log Number 540845027

| | |
|---|---|
| **TO:** | Florence Yee<br>The Prudential Insurance Company of America<br>751 BROAD ST<br>NEWARK, NJ 07102-3714 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Prudential Insurance Agency, LLC  (Domestic State: NJ) |

| | | |
|---|---|---|
| Email Notification, | Florence Yee | Florence.Yee@Prudential.com |
| Email Notification, | Julianne Hackett | julianne.hackett@prudential.com |
| Email Notification, | Karen Ackland | karen.ackland@prudential.com |
| Email Notification, | Abel Njonguo | abel.njonguo@prudential.com |
| Email Notification, | John Zwick | john.zwick@prudential.com |
| Email Notification, | Alison Fitzsimmons | alison.fitzsimmons@prudential.com |

| | |
|---|---|
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SERVICE COPY**



D8125791

# CITATION

**THE ESTATE OF LAURA WICKLIFFE**
(Plaintiff)

VS

**TARGET CORPORATION, ET AL**
(Defendant)

NUMBER C-714449   SEC. 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   PRUDENTIAL INSURANCE AGENCY
       CT CORPORATION SYSTEM
       3867 PLAZA TOWER DR.
       BATON ROUGE, LA 70816

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **DECEMBER 29, 2021.**

*Laura Robichaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: RICHARD, GAVIN M**
                **(225) 706-8449 (EXT. 210)**

*The following documents are attached:
**PETITION FOR DAMAGES, EXHIBIT**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED

JAN 0 6 2021

E B R SHERIFF'S OFFICE

EAST BATON ROUGE PARISH
Filed Dec 28, 2021 8:13 AM
Deputy Clerk of Court
E-File Received Dec 27, 2021 10:48 AM
C-714449
25

| | | |
|---|---|---|
| THE ESTATE OF LAURA WICKLIFFE (Plaintiff) | SUIT NO: | DIV: |
| VERSUS | PARISH OF EAST BATON ROUGE 19TH JUDICIAL DISTRICT COURT | |
| TARGET CORPORATION, et. Al (Defendants) | STATE OF LOUISIANA | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **THE ESTATE OF LAURA WICKLIFFE**, domiciled in the parish of East Baton Rouge, who respectfully brings this suit asserts the following:

1.

The decedent, **LAURA WICKLIFEE**, was a person domiciled in the parish of East Baton Rouge, who passed away on December 27, 2020.

2.

**THE ESTATE OF LAURA WICKLIFFE**, is administered and represented by her surviving children, **DERRICK WOODS** and **JAMIE WICKLIFFE**, both persons of majority and domiciled in the parish of East Baton Rouge.

3.

Named defendants herein is **TARGET CORPORATION**, a Non-Louisiana Business, licensed to do business with the State of Louisiana, with its principal place of business in Minneapolis, Minnesota.

4.

Also named defendant is **PRUDENTIAL INSURANCE AGENCY, LLC**, a Limited Liability Company based in Newark, NJ licensed to do business in the state of Louisiana.

5.

On November 10, 2021, the Hon. Richard "Chip" Moore signed a JUDGMENT OF POSSESSION & an ORDER granting the two heirs' MOTION TO APPOINT INDEPENDENT CO-ADMINISTRATORS OF AN ESTATE, making them co-administrators of the late **LAURA WICKLIFFE'S ESTATE**. (*Please See Attached Plaintiff's Exhibit 1-A.*)

6.

Before her untimely passing, **LAURA WICKLIFFE** was an employee of the Target Corporation in Baton Rouge, Louisiana. She was employed for nearly twenty years and had a benefits package with the defendant TARGET CORPORATION.

7.

Part of that benefits package included a life insurance policy with **PRUDENTIAL INSURANCE AGENCY, LLC.**, which is estimated to be in the amount of $118,000.

8.

Prior to her passing, Target sent a letter to **LAURA WICKLIFFE**, indicating that her


Certified True and Correct Copy
CertID: 2021122900368

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

insurance coverage would last all the way through January 9, 2021. (***Please see attached Plaintiff's Exhibit 1-B.***)

9.

During the time after Ms. Wickliffe's passing, **PRUDENTIAL INSURANCE AGENCY** has failed to honor this package, despite this policy being in effect days after her passing.

10.

Pursuant to La. R.S. 22:1973, "An insurer, including but not limited to a foreign line and surplus line insurer, owes to his insured a duty of good faith and fair dealing. The insurer has an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured or the claimant, or both. Any insurer who breaches these duties shall be liable for any damages sustained as a result of the breach."

11.

The defendant insurance company has failed to honor its obligations towards **LAURA WICKLIFFE** and her family.

**WHEREFORE**, the mover respectfully requests that considering this bad faith act on the part of the defendants, that they be ordered to enforce any benefits that are owed to the plaintiff, that the life insurance policy be enforced, that the defendants pay for court costs, attorneys fees that are applicable, and any other damages that the court sees fit.

RESPECTFULLY SUBMITTED BY:

**THE LAW OFFICE OF GAVIN M. RICHARD, LLC.**
Gavin M. Richard (Bar Roll #35977)
Attorney for The Estate of Laura Wickliffe
1100 Poydras Street., Ste. 2900
New Orleans, LA 70163
Phone: 225-706-8449, ext. 210
Facsimile: 225-922-4550
Email: gavinrichard@icloud.com

PLEASE SERVE:

**TARGET CORPORATION**

Through its Registered Agent:

CT CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

PLEASE SERVE:

**PRUDENTIAL INSURANCE AGENCY**

CT CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

Certified True and Correct Copy
CertID: 2021122900368

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

```
EAST BATON ROUGE PARISH    P-110558
Filed Nov 03, 2021 4:11 PM        26
Deputy Clerk of Court
E-File Received Nov 03, 2021 3:09 PM
```

```
EAST BATON ROUGE PARISH    C-714449
Filed Dec 28, 2021 8:13 AM       25
Deputy Clerk of Court
E-File Received Dec 27, 2021 10:48 AM
```

IN THE MATTER OF                PROBATE NO: __P-110558__ DIV: __26__

                                19TH JUDICIAL DISTRICT COURT

THE SUCCESSION OF

                                PARISH OF EAST BATON ROUGE

LAURA WICKLIFFE                 STATE OF LOUISIANA
..............................................................

### MOTION TO APPOINT INDEPENDENT CO-ADMINISTRATORS OF AN ESTATE

NOW INTO COURT, through undersigned counsel, comes DERRICK WOODS & JAMIE WICKLIFEE, who respectfully submits the following:

1.

Both DERRICK WOODS & JAMIE WICKLIFFE are the only heirs to the deceased, LAURA WICKLIFFE.

2.

The two individuals are named as petitioners in this succession.

3.

As indicated in the PETITION FOR POSSESSION LAURA WICKLIFFE died intestate.

4.

Both DERRICK WOODS & JAMIE WICKLIFFE have signed an OATH OF ADMINISTRATRIX to become co-administrators of Ms. Wickliffe's estate.

5.

As indicated in paragraph 4, the OATH OF CO-AMINISTRATIX has been submitted for court of approval before this Honorable Court.

6.

Both parties believe that it would be unnecessary to furnish any type of security or bond in this matter as there is minimal property owned by the decedent.

7.

The parties have mutually agreed and relayed to me of their intent to serve as co-administrators in this matter.

WHEREFORE, the movers respectfully request before this Honorable Court that it would appoint both DERRICK WOODS & JAMIE WICKLIFFE as co-administrators of the estate of LAURA WICKLIFFE, and that this Honorable Court would suspend the posting of security or bond by both parties.



Plaintiff's Ex. 1-A

Certified True and Correct Copy
CertID: 2021111200075

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/12/2021 8:33 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Certified True and Correct Copy
CertID: 2021122900369

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

| IN THE MATTER OF | PROBATE NO: __P-110558__ DIV: _26_ |
|---|---|
| THE SUCCESSION OF | 19TH JUDICIAL DISTRICT COURT |
|  | PARISH OF EAST BATON ROUGE |
| LAURA WICKLIFFE | STATE OF LOUISIANA |

### ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that the movers' MOTION TO APPOINT INDEPENDENT CO-ADMINISTRATORS, IN THE MATTER OF THE SUCCESSION OF LAURA WICKLIFFE, IS HEREBY GRANTED.

IT IS ORDERED that the movers' request to withhold the posting of bond and security in this matter is also GRANTED.

THUS DONE & SIGNED on this __10__ day of __November__, 2021, in the Paris of East Baton Rouge, Louisiana.

Hon. __JUDGE RICHARD "CHIP" MOORE, III__



Plaintiff's Ex 1-A p.2



**Certified True and Correct Copy**
CertID: 2021111200075

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/12/2021 8:33 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Certified True and Correct Copy**
CertID: 2021122900369

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

P-110558

RESPECTFULLY SUBMITTED:

_____
THE LAW OFFICES OF GAVIN M. RICHARD, LLC.
Gavin M. Richard (Bar Roll #35977)
Attorney for Jamie Wickliffe & Derrick Woods
8550 United Plaza Blvd., Ste. 702
Baton Rouge, LA 70809
Phone: 225-706-8449, ext. 210
Facsimile: 225-922-4550
Email: gavinrichard@icloud.com



Plaintiff's Ex 1-A p.3



**Certified True and Correct Copy**
CertID: 2021111200075

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/12/2021 8:33 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Certified True and Correct Copy**
CertID: 2021122900369

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

```
EAST BATON ROUGE PARISH      P-110558
Filed Nov 03, 2021 4:11 PM         26
    Deputy Clerk of Court
E-File Received Nov 03, 2021 3:09 PM
```

IN THE MATTER OF    PROBATE NO: __P-110558__ DIV: __26__

19TH JUDICIAL DISTRICT COURT

THE SUCCESSION OF

PARISH OF EAST BATON ROUGE

LAURA WICKLIFFE    STATE OF LOUISIANA

**********************************************************************

### JUDGMENT OF POSSESSION

**CONSIDERING THE FOREGOING,** including the affidavits, sworn descriptive lists, and the verifications submitted by the petitioners:

1.

**IT IS ORDERED, ADJUDGED, AND DECREED** THAT THE PETITIONERS, **JAMIE WICKLIFFE & DERRICK WOODS,** are recognized as the rightful heirs of LAURA WICKLIFFE.

2.

**IT IS ORDERED, ADJUDGED, AND DECREED** are put in possession of all the decedent's property, movable and immovable, with a one-half interest to each petitioner respectively, herein recognized as **JAMIE WICKLIFFE & DERRICK WOODS.**

3.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the property with the municipal address of 5446 Valley Forge Ave., with a legal description as Concord Estates, Lot 183, be placed into the possession of the petitioners, **JAMIE WICKLIFFE & DERRICK WOODS,** The property description is as follows:

> "A PARCEL OF LAND LOCATED IN THE STATE OF LA, COUNTY OF EAST BATON ROUGE, WITH A SITUS ADDRESS OF 5446 VALLEY FORGE AVE., BATON ROUGE, LA 708-8=3542 CO17 CURRENTLY OWNED BY WICKLIFFE LAURA A. HAVING A TAX ASSESSOR NUMBER OF 00582905 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS N-TRACT: BLOCK: LOT:183 AND DESCRIBED IN DOCUMENT NUMBER NULL RECORD 10/16/2003."

4.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petitioners, **JAMIE WICKLIFFE & DERRICK WOODS,** be placed into possession of the decedent's motor vehicles 1991 Mercedes Benz 300 and 2004 Toyota Corolla.

5.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petitioners have their names, **JAMIE WICKLIFFE & DERRICK WOODS,** added to the bank accounts found with a REGIONS Checking Account # 1004 and Whitney Bank Savings Account # 9017 which were previously owned by the decedent, **LAURA WICKLIFFE.**



Plaintiff's Ex. 1-A p. 4

Certified True and Correct Copy
CertID: 2021111200043

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date: 11/12/2021 8:25 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Certified True and Correct Copy
CertID: 2021122900369

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date: 12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

P-110558

THUS, DONE AND SIGNED on this \_\_\_\_**10**\_\_\_\_ day of November, 2021 in the Parish of East Baton Rouge, LA.

_____
Hon. **JUDGE RICHARD "CHIP" MOORE, III**, 19th Judicial District Court




**Certified True and Correct Copy**
CertID: 2021111200043

_____
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
11/12/2021 8:25 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Certified True and Correct Copy**
CertID: 2021122900369

_____
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Statement Date: January 1, 2021

 V002131 1369 000000

LAURA A. WICKLIFFE
5446 VALLEY FORGE AVE
BATON ROUGE LA 70808-3542

 **UPoint**
www.targetpayandbenefits.com

 **Target Benefits Center**
800-828-5850
between 9 a.m. and 7 p.m., Central time,
Monday through Friday

**Hablamos Español:** Para información de beneficios, llama al 800-828-5850.

# Continuation / Conversion Notice
# Target Pay & Benefits

Action Required: You are eligible to continue your life insurance coverage (if enrolled) for the same price plus 2% administration fees. You'll receive a package of information from Prudential in the mail which will detail the choices you have and include any necessary paperwork for you to complete if you choose to continue your life insurance coverage. A Prudential financial professional will also be in touch with you soon to review your choices and assist you in making time-sensitive decisions. Please call Prudential at 844-454-3323 if you have any questions or do not receive the information in the mail. Note: If you do not take action within 60 days, your life insurance coverage will end.

## Employee Information

| Supplemental Life Insurance | |
|---|---|
| Group Number | 52624 |
| Insurance Company | Prudential |
| Telephone Number | 844-454-3323 |
| Option | 6--6 x Annual Pay |
| Active Coverage | $118,000 |
| Earliest Coverage Begin Date | 04-01-2009 |
| Coverage End Date | 01-09-2021 |

Delivered by Alight Solutions

110420030 00936-V002131 



**Certified True and Correct Copy**
CertID: 2021122900369

*Laura Robichaux*
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
12/29/2021 12:21 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).